# Exhibit A

6/22/25, 8:40 PM    As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM, Oracle, and Xfinity next to pro-Nazi…

Case 1:25-cv-01959    Document 1-1    Filed 06/23/25    Page 2 of 4

**MEDIAMATTERS FOR AMERICA**



Andrea Austria / Media Matters

# As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM, Oracle, and Xfinity next to pro-Nazi content

*CEO Linda Yaccarino previously claimed that brands are "protected from the risk of being next to" toxic posts*

WRITTEN BY    ERIC HANANOKI
PUBLISHED    11/16/23 10:05 AM EST
UPDATED    11/17/23 2:45 PM EST

***Update (11/16/23):*** *IBM released a statement to the Financial Times saying that it has "suspended all advertising on X while we investigate this entirely unacceptable situation." Media Matters will update if the other major companies in this report take any similar actions.*

Update (11/17/23)**:** Axios reported that "Apple is pausing all advertising on X, the Elon Musk-owned social network, sources tell Axios."

As X owner Elon Musk continues his descent into white nationalist and antisemitic conspiracy theories, his social media platform has been placing ads for major brands like Apple, Bravo (NBCUniversal), IBM, Oracle, and Xfinity (Comcast) next to content that touts Adolf Hitler and his Nazi Party. The company's placements come after CEO Linda Yaccarino claimed that brands are "protected from the risk of being next to" toxic posts on the platform.

Yaccarino has been trying to bring advertisers back to the platform by claiming it's safe for business. She's also claimed that X (formerly Twitter) has been "demonstrating its absolute commitment to combating antisemitism on the platform" and that "antisemitism is evil and X will always work to fight it on our platform."

But her boss last night endorsed the pernicious antisemitic conspiracy theory that Jewish people are supporting "hordes of minorities" who are "flooding" into the country to replace white

6/22/25, 8:40 PM    As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM, Oracle, and Xfinity next to pro-Nazi…

Case 1:25-cv-01959    Document 1-1    Filed 06/23/25    Page 3 of 4

people. That conspiracy theory was the same one that motivated the deadly 2018 Tree of Life synagogue shooting.

X has also reinstated numerous accounts of bigots and paid far-right extremists, apparently including a pro-Hitler and Holocaust denier account, as part of its creator ad revenue sharing program.

During all of this Musk-induced chaos, corporate advertisements have also been appearing on pro-Hitler, Holocaust denial, white nationalist, pro-violence, and neo-Nazi accounts. Yaccarino has attempted to placate companies by claiming that "brands are now 'protected from the risk of being next to' potentially toxic content."

But that certainly isn't the case for at least five major brands: We recently found ads for Apple, Bravo, Oracle, Xfinity, and IBM next to posts that tout Hitler and his Nazi Party on X. Here they are:



6/22/25, 8:40 PM
As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM, Oracle, and Xfinity next to pro-Nazi…
Case 1:25-cv-01959    Document 1-1    Filed 06/23/25    Page 4 of 4

