# Exhibit C



## ATTORNEY GENERAL OF MISSOURI

ANDREW BAILEY
ATTORNEY GENERAL

JEFFERSON CITY

65102

P.O. Box 899
(573) 751-3321

*In the Matter of:*

**Media Matters for America**

CID NO. 24-10
**Date:** March 25, 2024

### INVESTIGATIVE DEMAND

**THE ATTORNEY GENERAL TO:**

Media Matters for America
PO Box 44811
Washington, DC 20026

**Served:** *U.S. Postal Service Certified Mail*

 The Attorney General of the State of Missouri believes it to be in the public interest that an investigation be made to ascertain whether **Media Matters for America (Subject)** has engaged in or is engaging in practices declared unlawful by § 407.020, RSMo.

 The investigation will inquire into the activities of **Subject** in connection with the solicitation of funds for a charitable purpose, or the sale or advertisement of merchandise, §§ 407.020, 407.453, RSMo.

 The Attorney General has reason to believe that the **Subject** has used deception, fraud, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of material fact in connection with the soliciting of funds for a charitable purpose or the sale or advertisement of merchandise in or from the State of Missouri, § 407.020, RSMo. Independently, the Attorney General also believes it to be in the public interest to investigate whether such acts have occurred.

 The Attorney General believes you have information, documentary material or physical evidence relevant to the above-mentioned conduct.

## DEFINITIONS

As used in this Demand, the following terms have the meanings described below:

**"Communication"** means any expression, statement, conveyance, or dissemination of any words, thoughts, statements, ideas, or information regardless of form, format, or kind. "Communication" includes but is not limited to oral or written communications of any kind, such as telephone conversations, discussions, meetings, notes, letters, agreements, emails or other electronic communications, facsimiles, and other forms of written or oral exchange that are recorded in any way, including video recordings, audio recordings, written notes, or otherwise. Any "Communication" that also falls within the definition of "Document" shall constitute both a Document and a Communication for purposes of this civil investigative demand.

**"Document"** means all written, printed, typed, and recorded matter of every kind and description, originals and copies, and all attachments and appendices thereto. Without limiting the foregoing, "documents" include all agreements, contracts, correspondence and other communications including notes, memoranda and marginal notations, records, reports, books, manuals, instructions, statistical data and data compilations, drafts, charts, graphs and tables, bills, statements and invoices, advertising, surveys, transcripts, microfilm and microfiche, electronic records that can be reproduced in paper form, recordings, film, tapes, photographs, electronic mail and Web pages, and all other computer-generated, computer-stored, or electronically-stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made.

**"Identify"**, when used with respect to a **person or entity**, means information sufficient to allow employees of the Attorney General to ascertain the name, address, telephone number, and if not a natural person, the contact person of the entity or facility to be identified, as well as the relationship of that person or entity to you.

**"Identifying"**, when used with respect to a **fact or event**, means information sufficient to allow employees of the Attorney General to ascertain the fact or event with reasonable particularity, and to identify each person believed to have knowledge with respect to the fact or event and each document that refers or relates to the fact or event.

"**Relating to**", "**related to**", "**relate to**" means to be relevant in any way to the subject matter in question, including without limitation all information that directly or indirectly contains, records, reflects, summarizes, evaluates, refers to, is pertinent to, indicates, comments upon, or discusses the subject matter; or that states the background of, or was the basis for, or that records, evaluates, comments, was referred to, relied upon, utilized, generated, transmitted, or received in arriving at any conclusion, opinion, estimate, position, decision, belief, policy, practice, course of business, course of conduct, procedure, or assertion concerning the subject matter.

"**You**", including your, means Media Matters for America, subsidiaries, partnerships, or any other entities related to Media Matters for America.

## DEMAND FOR INFORMATION

Demand is hereby made upon you, under the authority granted by Section 407.040, RSMo, to produce in person or via mail to Michelle Starke, P.O. Box 899, Jefferson City, Missouri 65102 by April 15, 2024, the following documentary material and information that may be in your possession, custody or control, and permit the inspection and copying thereof:

1. A list or information identifying any and all donations of funds from donors located in the state of Missouri from January 01, 2023 through March 25, 2024.

   The list of donations should include, but is not limited to:
   - Identity of each individual or organization who donated funds;
   - Address of each individual or organization who donated funds;
   - Total amount spent per donation;
   - Date and time of each donation;
   - Payment method for each donation;
   - Identity of financial institution where funds were sent;
   - Contracts and/or agreements governing or related to each donation;

   For each Demand for Information, you shall type the Demand and type your corresponding response. If you do not know the answer to a Demand for Information, you shall identify in your response the individual or business entity that has the answer to the Demand for Information. The document on

which you type each Demand and your corresponding response shall be executed by you before a Notary Public.

## DEMAND FOR DOCUMENTS

Demand is hereby made upon you, under the authority granted by Section 407.040, RSMo, to produce in person or via mail to Michelle Starke, P.O. Box 899, Jefferson City, Missouri 65102 by April 15, 2024, the following documentary material that may be in your possession, custody or control, and permit the inspection and copying thereof:

2. All promotional or marketing information provided by you from January 1, 2023 to March 25, 2024 to any individual or organization for the purpose of soliciting donations.

3. All documents or communications showing how solicited donations were used.

4. All communications or materials relating to any policy, strategy or operation related to generating stories or content intended to cancel, deplatform, demonetize, or otherwise interfere with businesses located in Missouri, or utilized by Missouri residents.

5. All communications, internal and external, regarding your strategy to pressure advertisers into pulling advertisements from the social media platform, X (formerly Twitter).

6. Documents sufficient to identify your employee organizational chart.

7. Documents sufficient to identify all your operational expenses in the state of Missouri.

8. All documents discussing Elon Musk's purchase of X (formerly Twitter).

9. All documents related to the article, or to the events described in the article, by Eric Hananoki entitled "As Musk endorses antisemitic conspiracy theory, X has been placing ads for Apple, Bravo, IBM,Oracle, and Xfinity next to pro-Nazi content."

10. All documents sufficient to identify X accounts owned, controlled, or authorized by you used to obtain the images in the article referenced in paragraph 9.

11. All documents sufficient to identify all X accounts followed by the X accounts identified in response to paragraph 10.

12. All communications with Apple, International Business Machine Corporation, Bravo Television Network, NBCUniversal, Oracle Corporation, Comcast Corporation, Lions Gate Entertainment Corporation, Warner Bros Discovery Inc., Paramount Pictures Corporation, or Sony Group Corporation from November 1, 2023, to March 25, 2024.

## NOTICE OF DEMAND FOR RETENTION OF RECORDS

You are hereby notified that all records, including communications, documents and things, relating to the above requests and the matters that are the subject of these requests for information are to be preserved during the pendency of this investigation. This includes, but is not limited to, all related customer records, including recordings made of customers, all related correspondence and other communications with third parties, all related documents and things received from third parties, and all internal documents and things.

## COMPLIANCE

You may comply with this Investigative Demand by producing copies of the requested documents and information by regular mail or overnight delivery to **Michelle Starke, P.O. Box 899, Jefferson City, Missouri 65102.** The requested copies of documents and information should be received by the Office of the Attorney General **by 10:00 a.m. (Central) on April 15, 2024** and be accompanied by the attached Business Records Affidavit and Certification of Compliance.

You are advised that the Attorney General will not grant an extension of time or modification of the terms of the Demand except for good cause pursuant to the terms of Section 407.070, RSMo. Your prompt response and provision of the requested information is requested.

Your attention is respectfully called to the provisions of Section 407.080, RSMo, which makes certain acts done with the intent to avoid, evade or prevent compliance in whole or in part with any Investigative Demand served hereunder a Class A misdemeanor, which is punishable by a fine not to exceed $1,000.00 for individuals and $5,000.00 for corporations, or by imprisonment for a term of not more than one year, or both a fine and imprisonment.

Please direct all questions regarding this Investigative Demand to Jeremiah Morgan at 573-751-1800 or by e-mail to: Jeremiah.Morgan@ago.mo.gov.

          Respectfully Submitted,

          **ANDREW BAILEY**
          Attorney General

          */s/ Jeremiah J. Morgan*
          Jeremiah J. Morgan, #50387
          Deputy Attorney General – Civil Litigation
          Missouri Attorney General's Office
          Post Office Box 899
          Jefferson City, MO 65102
          Tel: (573) 751-8870; Fax: (573) 751-0774
          Jeremiah.Morgan@ago.mo.gov

STATE OF _____   )
                                     ) SS.
COUNTY OF _____   )

## BUSINESS RECORDS AFFIDAVIT AND CERTIFICATE OF COMPLIANCE

     Before me, the undersigned authority, personally appeared _____, who, being by me duly sworn, deposed as follows:

     My name is _____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

     I am the custodian of the records of _____. Attached hereto are _____ pages of records from _____. These _____ pages of records are kept by _____ in the regular course of business, and it was the regular course of business of _____ for an employee or representative of _____ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicate of the original.

     I further certify that all documents and information required by Civil Investigative Demand No. 24-10 which is in the possession, custody, control, or knowledge of, _____ has been submitted to the Missouri Attorney General as directed herein.

_____
              Affiant

Sworn to before me this \_\_\_\_ day of _____, 2024.

_____
Notary Public
Commission Expires:

7