AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-01959-SLS |
| FEDERAL TRADE COMMISSION, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Media Matters for America.

Date:   07/10/2025

/s/ Katherine M. Peaslee
*Attorney's signature*

Katherine M. Peaslee, WSBA #52881
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

*Address*

kpeaslee@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*