AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Media Matters for America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1959 |
| Federal Trade Commission | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Federal Trade Commission, et al.

Date: 07/14/2025

/s/ H. Thomas Byron III
*Attorney's signature*

H. Thomas Byron III (D.C. Bar # 442856)
*Printed name and bar number*

Federal Trade Commission
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
*Address*

hbyron@ftc.gov
*E-mail address*

(202) 326-2527
*Telephone number*

(202) 326-2477
*FAX number*