IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDIA MATTERS FOR AMERICA,

    *Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al,

    *Defendants.*

Civil Case No. 25-1959

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the July 14, 2025 Minute Order issued by the Court. The Court instructed the parties to address the following issues: "(1) a proposed briefing schedule on the motion; (2) a statement addressing whether a hearing on the motion is necessary, and if so, three proposed dates and times for such a hearing; and (3) a statement addressing whether the Parties anticipate factual disputes between the declarants, and if so, whether the Parties believe an evidentiary hearing will be necessary to resolve the disputes and a proposal for proceeding with such a hearing." The parties address each issue below.

    1.    The parties propose a briefing schedule for Plaintiff's Motion for a Preliminary Injunction under which Defendants will file their response on or before **July 28, 2025**, and Plaintiff will file its Reply on or before **August 5, 2025**.

    2.    Plaintiff believes an oral argument would aid the Court's resolution of the Motion for a Preliminary Injunction. Defendants do not believe oral argument is necessary for resolution of the legal issues presented in the motion but stand ready for a hearing if the Court

1

determines it would be necessary or helpful. To the extent the Court elects to hold an oral argument, the parties can be available for that argument on **August 14, 2025**, **August 15, 2025**, or **August 21, 2025**.

3. The parties currently do not anticipate that an evidentiary hearing for Plaintiff's Motion for a Preliminary Injunction will be necessary. The parties currently do not anticipate that there will be factual disputes concerning Plaintiff's Motion for a Preliminary Injunction.

Dated: July 16, 2025

Respectfully submitted,

/s/ Ryan K. Quillian

Stephen P. Anthony (D.C. Bar No. 426536)
Ryan K. Quillian (D.C. Bar No. 994846)\*\*\*
Dana A. Remus (D.C. Bar No. 90015315)\*
Kuntal V. Cholera (D.C. Bar No. 1031523)\*\*\*
Brenden J. Cline (D.C. Bar No. 1021317)\*
Brigid P. Larkin (D.C. Bar No. 1780668)\*
Alezeh Z. Rauf (D.C. Bar No. 1643291)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

Justin A. Nelson (D.C. Bar No. 490347)
Matthew Behncke\*\*
Alexandra Foulkes Grafton\*\*\*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 651-9366

Katherine M. Peaslee\*\*\*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite #3000
Seattle, WA 98101
(206) 516-3880

*Admission pending
** *Pro hac vice* application forthcoming
*** Admitted *pro hac vice*

*Plaintiff's Counsel*


/s/  Imad Abyad
H. Thomas Byron III (D.C. Bar # 442856)
Deputy General Counsel
Imad D. Abyad (D.C. Bar # 456392)
Attorney
Federal Trade Commission
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
iabyad@ftc.gov
202-326-3579

*Defendants' Counsel*