# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-1959 (SLS)<br>Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 34, the Court **GRANTS** the Plaintiff's Motion for Preliminary Injunction, ECF No. 22. The Court **ORDERS** that the Defendants are enjoined from implementing or enforcing the Civil Investigative Demand served by the Federal Trade Commission to Media Matters on May 20, 2025, and modified on July 7, 2025. This Order shall remain in effect until further order from this Court.

    **SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   August 15, 2025