IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>*Defendants*. | Civil Action No. 25-1959 (SLS) |

**NOTICE OF APPEAL**

The defendants provide notice that they hereby appeal to the United States Court of Appeals for the D.C. Circuit: the Court's August 15, 2025, Order (ECF_35) and Memorandum Opinion (ECF_34), which granted Plaintiff's Motion For Preliminary Injunction (ECF_22).

Dated: August 18, 2025
       Washington, D.C.

                                        Respectfully submitted,

OF COUNSEL:                             LUCAS CROSLOW (D.C. Bar #1048342)
                                        *General Counsel*
DANIEL GUARNERA
*Director*                              ALEX POTAPOV (D.C. Bar #998355)
                                        *Deputy General Counsel*
KELSE MOEN
*Deputy Director*
                                        /s/ H. Thomas Byron III
GEOFFREY GREEN                          H. THOMAS BYRON III (D.C. Bar #442856)
*Assistant Director*                    *Deputy General Counsel*
                                        IMAD D. ABYAD (D.C. Bar #456392)
BUREAU OF COMPETITION                   *Attorney*

                                        FEDERAL TRADE COMMISSION
                                        600 Pennsylvania Ave., N.W.
                                        Washington, DC 20580
                                        (202) 326-3579
                                        iabyad@ftc.gov

                                        *Attorneys for the Defendants*