IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDIA MATTERS FOR AMERICA,

        *Plaintiff*,

 v.

FEDERAL TRADE COMMISSION, et al.,

        *Defendants*.

Civil Action No. 25-1959 (SLS)
Judge Sparkle L. Sooknanan

**[PROPOSED] ORDER
GRANTING STAY PENDING APPEAL**

 Upon consideration of Defendants' motion for stay pending appeal and administrative stay, it is hereby:

 **ORDERED** that defendants' motion is **GRANTED**. The preliminary injunction, ECF No. 35, is stayed pending appeal.

 **IT IS SO ORDERED.**

Dated: _____

              _____
              U.S. District Judge