**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA,<br>P.O. Box 44811<br>Washington, DC 20026<br><br>   *Plaintiff*,<br><br>   v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; MELISSA ANN HOLYOAK, in her official capacity as Commissioner of the Federal Trade Commission; JOHN DOE 1, in their official capacity as Commissioner of the Federal Trade Commission; and JOHN DOE 2, in their official capacity as Commissioner of the Federal Trade Commission,<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br><br>   *Defendants.* | Civil Case No. 25-1959 |

**DECLARATION OF STEPHEN P. ANTHONY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR STAY
PENDING APPEAL AND ADMINISTRATIVE STAY**

I, Stephen P. Anthony, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Partner in Covington & Burling LLP in Washington, DC. I am a member of the bar in the District of Columbia and Maryland. I am counsel for Media Matters for America ("Plaintiff") in this matter, and I have been admitted to practice before this Court.

3.  I submit this declaration in support of Plaintiff's Response in Opposition to Defendants' Motion for Stay Pending Appeal and Administrative Stay in the above-captioned matter.

4.  A true and correct copy of a letter from the U.S. Federal Trade Commission to Media Matters for America dated August 6, 2025 is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/20/2025


/s/ Stephen P. Anthony
Stephen P. Anthony