# EXHIBIT A



UNITED STATES OF AMERICA
# FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Nicholas Bush
Mergers III Division
Bureau of Competition
(202) 326-2848
nbush@ftc.gov

August 6, 2025

**Via Electronic Mail**

Media Matters for America
c/o Ryan Quillian, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Re:   FTC File No. 251-0061

Dear Mr. Quillian:

Pursuant to Federal Trade Commission Rule 2.7(*l*), this letter extends the return date for the Civil Investigative Demand issued by the Commission to Media Matters for America ("Media Matters") to 30 days after the district court issues a dispositive order on Media Matters' motion for a preliminary injunction in *Media Matters for America v. FTC, et al.*, No. 1:25-cv-01959 (D.D.C.).

Please contact me if you wish to discuss further.

Sincerely,

*/s/ Nicholas Bush*
Nicholas Bush

Approved

*/s/ Geoffrey Green*
Geoffrey Green
Assistant Director
Anticompetitive Practices I Division