**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *Plaintiff*, v. FEDERAL TRADE COMMISSION, *et al.*, *Defendants*. | Civil Action No. 25-1959 (SLS) Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 41, the Court **DENIES** the Defendants' Motion for Stay Pending Appeal and Administrative Stay, ECF No. 37.

**SO ORDERED.**

                                          _____
                                          SPARKLE L. SOOKNANAN
                                          United States District Judge

Date:  August 22, 2025