IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDIA MATTERS FOR AMERICA,

*Plaintiff*,

v.                                                     Civil Action No. 25-1959 (SLS)

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

**DEFENDANTS' UNOPPOSED MOTION
TO FURTHER EXTEND DEADLINE TO ANSWER OR MOVE TO DISMISS**

Defendants Federal Trade Commission, et al., hereby move the Court to extend the deadline in Rule 12(a) to answer the complaint or move to dismiss. This Court has twice granted defendants' unopposed motions to extend the Rule 12(a) deadline to file a responsive pleading or move to dismiss, most recently (on September 8, 2025) extending that deadline until October 15, 2025. Under Chief Judge Boasberg's Standing Orders No. 25-55 (Oct. 1, 2025) and No. 25-59 (Nov. 13, 2025), that deadline was automatically extended by 53 days, until December 8, 2025 (December 7 is a Sunday).

Because defendants have appealed the preliminary injunction, it would be premature, and an unnecessary expenditure of judicial resources, for defendants to file a motion to dismiss, or answer the complaint, while that appeal remains pending. Accordingly, defendants seek to extend the deadline until after briefing in the appeal, setting a new deadline of April 15, 2026.

Counsel for plaintiff has authorized us to state that plaintiff does not oppose the FTC's extension request, provided that an extension of the FTC's answer deadline will not serve as a basis for delaying discovery in this matter. Defendants' position is that discovery requests must

comply with the federal rules of civil procedure and this Court's local rules.  The parties have

reserved their rights to pursue other relief, including requests for discovery.

**CONCLUSION**

For the reasons set forth above, the deadline to answer the complaint or file a motion to

dismiss should be extended until April 15, 2026.

Dated:  December 1, 2025
         Washington, D.C.

                                        Respectfully submitted,

OF COUNSEL:                             LUCAS CROSLOW (D.C. Bar #1048342)
                                        *General Counsel*

DANIEL GUARNERA
*Director*                              ALEX POTAPOV (D.C. Bar #998355)
                                        *Deputy General Counsel*

KELSE MOEN
*Deputy Director*
                                        /s/  H. Thomas Byron III
                                        _____
Geoffrey Green                          H. THOMAS BYRON III (D.C. Bar #442856)
*Assistant Director*                    *Deputy General Counsel*

BUREAU OF COMPETITION

                                        FEDERAL TRADE COMMISSION
                                        600 Pennsylvania Ave., N.W.
                                        Washington, DC 20580
                                        (202) 326-2527
                                        hbyron@ftc.gov

                                        *Attorneys for the Defendants*