IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDIA MATTERS FOR AMERICA,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

Civil Action No. 25-1959 (SLS)

**NOTICE OF WITHDRAWAL OF CIVIL INVESTIGATIVE DEMAND**

Defendants write to inform the Court that on April 16, 2026, FTC staff, acting under 16 C.F.R. § 2.7(*l*), formally withdrew the civil investigative demand (CID) that is the subject of this action, in light of a landmark settlement in the FTC's investigation into advertising boycotts. As the letter withdrawing the CID (attached hereto as Exhibit 1) indicates, that settlement arises from a complaint filed on April 15 by the FTC and eight states against three of the largest advertising agency holding companies, identifying conduct that violated the antitrust laws. *See Federal Trade Commission, et al. v. Dentsu US, Inc., et al.*, No. 26–cv–469 (N.D. Tex. 2026), Dkt.1. The district court in that case entered stipulated final judgments that include prohibitions against specific anticompetitive conduct related to advertising boycotts. *Id.*, Dkt. 8–10. The attached letter explains that the settlement in *FTC v. Dentsu* resolved the issues related to Media Matters that gave rise to the CID, and that the Commission therefore no longer requires compliance with the CID. Several other CIDs issued in the same investigation were withdrawn for the same reason.

Defendants are conferring with Media Matters concerning the appropriate next steps in this case in light of the withdrawal of the CID.

Dated: April 20, 2026

Respectfully submitted,

OF COUNSEL:

DANIEL GUARNERA
*Director*

KELSE MOEN
*Deputy Director*

BUREAU OF COMPETITION

LUCAS CROSLOW (D.C. Bar #1048342)
*General Counsel*

ALEX POTAPOV (D.C. Bar #998355)
*Deputy General Counsel*

/s/  H. Thomas Byron III
H. THOMAS BYRON III (D.C. Bar #442856)
*Deputy General Counsel*

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-3579
hbyron@ftc.gov

*Attorneys for the Defendants*