# EXHIBIT 1



United States of America
## FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

Bureau of Competition
Technology Enforcement Division

April 16, 2026

**<u>VIA EMAIL</u>**

Media Matters for America
c/o Ryan Quillian, Esq.
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
RQuillian@cov.com

**Re:**  **FTC File No. 251-0061**

Dear Mr. Quillian:

On May 20, 2025, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to Media Matters for America ("Media Matters").  On April 15, 2026 the Commission entered, and a federal district court approved, a settlement in *Federal Trade Commission, et al., v. Dentsu US, Inc., et al.*, No. 26-cv-469 (N.D. Tex. 2026), that resolved the issues related to Media Matters that gave rise to the CID.  Accordingly, the Commission no longer requires compliance with the CID.  Pursuant to FTC Rule 2.7(*l*), this letter withdraws the CID.

*/s/ Patricia Galvan*
Patricia Galvan
Assistant Director
Technology Enforcement Division
Bureau of Competition

cc:
Nicholas Bush
Attorney, Bureau of Competition