**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MEDIA MATTERS FOR AMERICA,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION, et al.,

*Defendants*.

Case No. 1:25-cv-01959 (SLS)

---

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the Complaint of plaintiff Media Matters for America against defendants in the above-captioned action shall be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing that party's own attorneys' fees and costs.

Date: May 4, 2026

Respectfully submitted,

/s/ Dwight P. Bostwick
Dwight P. Bostwick (D.C. Bar No. 427758)
**ZUCKERMAN SPAEDER LLP**
2100 L Street, NW, Suite 400
Washington, DC 20036
T: (202) 778-1800
F: (202) 822-8106
dbostwick@zuckerman.com

Justin A. Nelson (D.C. Bar No. 490347)
**SUSMAN GODFREY LLP**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
T: (713) 653-7895
F: (713) 654-6666
jnelson@susmangodfrey.com

Lucas Croslow (D.C. Bar No. 1048342)
 *General Counsel*

Alex Potapov (D.C. Bar No. 998355)
 *Deputy General Counsel*

/s/ H. Thomas Byron III
H. Thomas Byron III (D.C. Bar No. 442856)
*Deputy General Counsel*

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
T: (202) 326-3579
hbyron@ftc.gov

*Counsel for Defendants*

2

Katherine Marie Peaslee (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street
Suite 3000
Seattle, WA 98101
T: (206) 505-3828
kpeaslee@susmangodfrey.com

Alex Foulkes Grafton
**SUSMAN GODFREY LLP**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
T: (713) 653-7820
afoulkesgrafton@susmangodfrey.com

*Counsel for Media Matters for America*

2